Order issued January 14, 2014



In The
# Court of Appeals
For The
## First District of Texas

_____

### NO. 01-14-00030-CV
_____

**SCOTT MAGZEN, Appellant**

**V.**

**JAMES J. WOODCOOK, C & J INDUSTRIES, INC., DEFINED BENEFIT TRUST, AND OTHERS SIMILARLY SITUATED, Appellee**

---

### On Appeal from 165th District Court
### Harris County, Texas
### Trial Court Cause No. 2013-69580

---

## MEMORANDUM ORDER

This case is related to the following case previously filed in the Court of Appeals for the Fourteenth District of Texas: , No. 14-14-00019-CV. Pursuant to this Court's Local Rule 1.5, this case is transferred to the Fourteenth Court. The Clerk of this Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and reporter's record, if any; (2) all documents

filed in this case; and (3) certified copies of all orders, judgments, and opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/ Chief Justice Sherry Radack
Chief Justice Sherry Radack
Acting Individually

2